1  **PATENAUDE & FELIX, A.P.C.**
   Raymond A. Patenaude, Esq. (SBN 128855)
2  Matthew B. Golding, Esq. (SBN 171123)
   4545 Murphy Canyon Road, 3rd Floor
3  San Diego, California 92123
   (858) 244-7600  Fax (858) 836-0318
4
   Attorneys for Defendants,
5  PATENAUDE & FELIX, A.P.C. and RAYMOND ALCIDE PATENAUDE

6

7

8              **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT  OF CALIFORNIA - SAN JOSE DIVISION**

10

11 LENORA GERALDINE ARAGON,          )   CASE NO.:    C 07-04403 HRL
                                     )
12          Plaintiff,               )   **ANSWER OF PATENAUDE &**
                                     )   **FELIX, A.P.C.  AND RAYMOND**
13 v.                                )   **ALCIDE  PATENAUDE TO**
                                     )   **COMPLAINT OF LENORA**
14 PATENAUDE & FELIX, A.P.C. and;    )   **GERALDINE ARAGON**
   RAYMOND ALCIDE PATENAUDE          )
15                                   )
            Defendants.              )   Complaint Filed: August 27, 2007
16                                   )
   _____  )

17      DEFENDANTS, PATENAUDE & FELIX, A.P.C. ("P&F") and RAYMOND ALCIDE

18 PATENAUDE ("RAYMOND"), jointly referred to herein as "DEFENDANTS," individually,

19 alone and for no other person, Co-Defendant, firm or corporation, Answer the Complaint of

20 LENORA GERALDINE ARAGON ("PLAINTIFF"), as follows:

21                           **INTRODUCTION**

22      1.      In answer to Paragraph 1 of PLAINTIFF's Complaint, DEFENDANTS admit that

23 the Fair Debt Collection Practices Act (FDCPA) and the Rosenthal Fair Debt Collection

24 Practices Act (RFDCPA) were passed to prohibit debt collectors from engaging in abusive

25 deceptive and unfair practices.  As to the other allegations contained in said Paragraph,

26 DEFENDANTS are without sufficient  knowledge or information to form a belief as to the truth

27 of the allegations contained in said Paragraph, and on that basis denies each and every allegation

28 contained therein.

                              1

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-6320

1

**JURISDICTION**

2    2.    In answer to Paragraph 2 of PLAINTIFF's Complaint, DEFENDANTS admit that

3    Jurisdiction is proper.

4    3.    In answer to Paragraph 3 of PLAINTIFF's Complaint, DEFENDANTS deny that

5    they violated the Fair Debt Collection Practices Act.  As to the other allegations contained in said

6    Paragraph, DEFENDANTS are without sufficient  knowledge or information to form a belief as

7    to the truth of the allegations contained in said Paragraph, and on that basis denies each and

8    every allegation contained therein.

9

**VENUE**

10    4.    In answer to Paragraph 4 of PLAINTIFF's Complaint, DEFENDANTS admit that

11    venue is proper, but deny that they violated the FDCPA.  As to the other allegations contained in

12    said Paragraph, DEFENDANTS are without sufficient  knowledge or information to form a

13    belief as to the truth of the allegations contained in said Paragraph, and on that basis denies each

14    and every allegation contained therein.

15

**INTRADISTRICT ASSIGNMENT**

16    5.    In answer to Paragraph 5 of PLAINTIFF's Complaint, DEFENDANTS admit that

17    the San Jose Division is the proper District.  As to the other allegations contained in said

18    Paragraph, DEFENDANTS are without sufficient  knowledge or information to form a belief as

19    to the truth of the allegations contained in said Paragraph, and on that basis denies each and

20    every allegation contained therein.

21

**PARTIES**

22    6.    In answer to Paragraph 6 of PLAINTIFF's Complaint, DEFENDANTS admit that

23    the PLAINTIFF is a natural person, that she lives in Santa Clara county, and that she is a

24    consumer and a debtor.

25    / / /

26    / / /

27    / / /

28    / / /

2

ANSWER OF PATENAUDE & FELIX, A.P.C. AND RAYMOND A.       Case #:  C 07-04403 HRL
PATENAUDE TO COMPLAINT LENORA GERALDINE ARAGON
L:\Attorney's\Matt\ARAGON - FDCPA Answer.wpd

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

1    7.    In answer to Paragraph 7 of PLAINTIFF's Complaint, P&F admits that it is a

2  California Professional Corporation (law firm) with its principal place of business at 4545

3  Murphy Canyon Rd., 3rd Floor; San Diego, CA 92123, and that is also its address for service.

4  P&F further admits that it is a debt collector and it uses the mail, and telephone in the collection

5  of debts owed to others.  As to the other allegations contained in said Paragraph, P&F is without

6  sufficient  knowledge or information to form a belief as to the truth of the allegations contained

7  in said Paragraph, and on that basis denies each and every allegation contained therein.

8    8.    In answer to Paragraph 8 of PLAINTIFF's Complaint, RAYMOND admits that he

9  a  natural person and is licensed California attorney.  RAYMOND further admits that he is a debt

10  collector, and can be served at the address for Patenaude & Felix, A.P.C., as stated in paragraph

11  "7" above.   As to the other allegations contained in said Paragraph, RAYMOND is without

12  sufficient  knowledge or information to form a belief as to the truth of the allegations contained

13  in said Paragraph, and on that basis denies each and every allegation contained therein.

14    9.    In answer to Paragraph 9 of PLAINTIFF's Complaint, RAYMOND admits that he

15  is an officer of P&F.  As to the other allegations contained in said Paragraph DEFENDANTS are

16  without sufficient knowledge or information to form a belief as to the truth of the allegations

17  contained in said Paragraph, and on that basis denies each and every allegation contained therein.

18                    **ANSWERS TO FACTUAL ALLEGATIONS**

19    10.    In answer to Paragraph 10 of PLAINTIFF's Complaint, DEFENDANTS admit

20  that they are informed and believe that PLAINTIFF incurred a debt on a Capital One credit card,

21  which at one time bore the last four (4) digits of 0734.  As to the other allegations contained in

22  said Paragraph DEFENDANTS are  without sufficient knowledge or information to form a belief

23  as to the truth of the allegations contained in said Paragraph, and on that basis denies each and

24  every allegation contained therein.

25  / / /

26  / / /

27  / / /

28  / / /

3

ANSWER OF PATENAUDE & FELIX, A.P.C. AND RAYMOND A.          Case #:  C 07-04403 HRL
PATENAUDE TO COMPLAINT LENORA GERALDINE ARAGON
L:\Attorney's\Matt\ARAGON - FDCPA Answer.wpd

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

1    11.    In answer to Paragraph 11 of PLAINTIFF's Complaint, DEFENDANTS admit

2    the alleged debt was placed with P&F for collection.  As to the other allegations contained in

3    said Paragraph DEFENDANTS are  without sufficient knowledge or information to form a belief

4    as to the truth of the allegations contained in said Paragraph, and on that basis denies each and

5    every allegation contained therein

6    12.    In answer to Paragraph 12 of PLAINTIFF's Complaint, DEFENDANTS admits

7    that PLAINTIFF's Exhibit "1" was sent to the PLAINTIFF.  However, DEFENDANT's deny

8    that the letter they sent consisted of two (2) separate pages.  As to the other allegations contained

9    in said Paragraph, DEFENDANTS are without sufficient knowledge or information to form a

10   belief as to the truth of the allegations contained in said Paragraph, and on that basis denies each

11   and every allegation contained therein.

12   13.    In answer to Paragraph 13 of PLAINTIFF's Complaint, DEFENDANTS admit

13   that PLAINTIFF's Exhibit "1" is dated April 30, 2007.

14   14.    In answer to Paragraph 14 of PLAINTIFF's Complaint, DEFENDANTS are

15   without sufficient knowledge or information to form a belief as to the truth of the allegations

16   contained in said Paragraph, and on that basis denies each and every allegation contained therein.

17   15.    In answer to Paragraph 15 of PLAINTIFF's Complaint, DEFENDANTS are

18   without sufficient knowledge or information to form a belief as to the truth of the allegations

19   contained in said Paragraph, and on that basis denies each and every allegation contained therein.

20   16.    In answer to Paragraph 16 of PLAINTIFF's Complaint, DEFENDANTS are

21   without sufficient knowledge or information to form a belief as to the truth of the allegations

22   contained in said Paragraph, and on that basis denies each and every allegation contained therein.

23   17.    In answer to Paragraph 17 of PLAINTIFF's Complaint, DEFENDANTS are

24   without sufficient knowledge or information to form a belief as to the truth of the allegations

25   contained in said Paragraph, and on that basis denies each and every allegation contained therein.

26   / / /

27   / / /

28   / / /

4

---

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

1    18.    In answer to Paragraph 18 of PLAINTIFF's Complaint, DEFENDANTS admits

2    that PLAINTIFF's Exhibit "1" was sent to the PLAINTIFF in an envelope with a window.  As to

3    the other allegations contained in said Paragraph, DEFENDANTS are without sufficient

4    knowledge or information to form a belief as to the truth of the allegations contained in said

5    Paragraph, and on that basis denies each and every allegation contained therein.

6    19.    In answer to Paragraph 19 of PLAINTIFF's Complaint, DEFENDANTS assume

7    that the language of said paragraph is intended say verbatim what is contained in the third (3rd)

8    paragraph of PLAINTIFF's Exhibit "1."  As such DEFENDANTS deny  each and every

9    allegation contained therein and the whole thereof.

10    **CLAIMS**

11    20.    In answer to Paragraph 20 of PLAINTIFF's Complaint, DEFENDANTS admit

12    that the PLAINTIFF is bringing her first claim for relief under the FDCPA.

13    21.    In answer to Paragraph 21 PLAINTIFF's Complaint DEFENDANTS incorporate

14    by reference all of their answers to the above-referenced Paragraphs of PLAINTIFF's Complaint.

15    22.    In answer to Paragraph 22 of PLAINTIFF's Complaint, DEFENDANTS admit

16    that PLAINTIFF is a consumer.

17    23.    In answer to Paragraph 23 of PLAINTIFF's Complaint, P&F admits that it is a

18    debt collector.

19    24.    In answer to Paragraph 24 of PLAINTIFF's Complaint, RAYMOND admits that

20    he is a debt collector.

21    25.    In answer to Paragraph 25 of PLAINTIFF's Complaint, DEFENDANTS are

22    without sufficient knowledge or information to form a belief as to the truth of the allegations

23    contained in said Paragraph, and on that basis denies each and every allegation contained therein.

24    26.    In answer to Paragraph 26 of PLAINTIFF's Complaint, DEFENDANTS deny

25    that Exhibit "1" violates the FDCPA.

26    27.    In answer to Paragraph 26(a) of PLAINTIFF's Complaint, DEFENDANTS deny

27    each and every allegation contained therein and the whole thereof.

28    / / /

5

1    28.    In answer to Paragraph 26(b) of PLAINTIFF's Complaint, DEFENDANTS deny

2  each and every allegation contained therein and the whole thereof.

3    29.    In answer to Paragraph 26(c) of PLAINTIFF's Complaint, DEFENDANTS deny

4  each and every allegation contained therein and the whole thereof.

5    30.    In answer to Paragraph 26(d) of PLAINTIFF's Complaint, DEFENDANTS deny

6  each and every allegation contained therein and the whole thereof.

7    31.    In answer to Paragraph 26(e) of PLAINTIFF's Complaint, DEFENDANTS deny

8  each and every allegation contained therein and the whole thereof.

9    32.    In answer to Paragraph 26(f) of PLAINTIFF's Complaint, DEFENDANTS admit

10  that the written notice they sent, which is PLAINTIFF's Exhibit "1" does not specifically state

11  that the PLAINTIFF must notify the DEFENDANTS "in writing."  As to the other allegations

12  contained in said Paragraph, DEFENDANTS are without sufficient knowledge or information to

13  form a belief as to the truth of the allegations contained in said Paragraph, and on that basis

14  denies each and every allegation contained therein.

15    33.    In answer to Paragraph 26(g) of PLAINTIFF's Complaint, DEFENDANTS admit

16  that the written notice they sent, which is PLAINTIFF's Exhibit "1" does not specifically state

17  that the PLAINTIFF must make a "written" request.  As to the other allegations contained in said

18  Paragraph, DEFENDANTS are without sufficient knowledge or information to form a belief as

19  to the truth of the allegations contained in said Paragraph, and on that basis denies each and every

20  allegation contained therein.

21    34.    In answer to Paragraph 26(h) of PLAINTIFF's Complaint, DEFENDANTS deny

22  each and every allegation contained therein and the whole thereof.

23    35.    In answer to Paragraph 27 of PLAINTIFF's Complaint, DEFENDANTS deny

24  each and every allegation contained therein and the whole thereof.

25    36.    In answer to Paragraph 28 of PLAINTIFF's Complaint, DEFENDANTS deny

26  each and every allegation contained therein and the whole thereof.

27  / / /

28  / / /

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

6

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (P&F only)**

37.     In answer to Paragraph 29 of PLAINTIFF's Complaint, P&F admits that the PLAINTIFF is bringing her first claim for relief under the RFDCPA.

38.     In answer to Paragraph 30 of PLAINTIFF's Complaint P&F incorporates by reference all of its answers to the above-referenced Paragraphs of PLAINTIFF's Complaint.

39.     In answer to Paragraph 31 of PLAINTIFF's Complaint P&F admits that the Plaintiff is a debtor.

40.     In answer to Paragraph 32 of PLAINTIFF's Complaint, P&F denies each and every allegation contained therein and the whole thereof.

41.     In answer to Paragraph 33 of PLAINTIFF's Complaint, P&F is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said Paragraph, and on that basis denies each and every allegation contained therein.

42.     In answer to Paragraph 34 of PLAINTIFF's Complaint, P&F denies that Exhibit "1" violates the RFDCPA.

43.     In answer to Paragraph 34(a) of PLAINTIFF's Complaint, P&F denies each and every allegation contained therein and the whole thereof.

44.     In answer to Paragraph 34(b) of PLAINTIFF's Complaint, P&F denies each and every allegation contained therein and the whole thereof.

45.     In answer to Paragraph 34(c) of PLAINTIFF's Complaint, P&F denies each and every allegation contained therein and the whole thereof.

46.     In answer to Paragraph 34(d) of PLAINTIFF's Complaint, P&F denies each and every allegation contained therein and the whole thereof.

47.     In answer to Paragraph 34(e) of PLAINTIFF's Complaint, P&F denies each and every allegation contained therein and the whole thereof.

/ / /

/ / /

/ / /

/ / /

1    48.    In answer to Paragraph 34(f) of PLAINTIFF's Complaint, P&F admit that the

2    written notice it, which is PLAINTIFF's Exhibit "1" does not specifically state that the

3    PLAINTIFF must notify P&F "in writing." As to the other allegations contained in said

4    Paragraph, P&F is without sufficient knowledge or information to form a belief as to the truth of

5    the allegations contained in said Paragraph, and on that basis denies each and every allegation

6    contained therein.

7    49.    In answer to Paragraph 34(g) of PLAINTIFF's Complaint, P&F admits that the

8    written notice it, which is PLAINTIFF's Exhibit "1" does not specifically state that the

9    PLAINTIFF must make a "written" request. As to the other allegations contained in said

10   Paragraph, P&F is without sufficient knowledge or information to form a belief as to the truth of

11   the allegations contained in said Paragraph, and on that basis denies each and every allegation

12   contained therein.

13   50.    In answer to Paragraph 34(h) of PLAINTIFF's Complaint, P&F denies  each and

14   every allegation contained therein and the whole thereof.

15   51.    In answer to Paragraph 35 of PLAINTIFF's Complaint, P&F denies each and

16   every allegation contained therein and the whole thereof.

17   52.    In answer to Paragraph 36 of PLAINTIFF's Complaint, P&F denies violating the

18   RFDCPA. As to the other allegations contained in said Paragraph, P&F is without sufficient

19   knowledge or information to form a belief as to the truth of the allegations contained in said

20   Paragraph, and on that basis denies each and every allegation contained therein.

21   53.    In answer to Paragraph 37 of PLAINTIFF's Complaint, P&F denies violating the

22   RFDCPA. As to the other allegations contained in said Paragraph, P&F is without sufficient

23   knowledge or information to form a belief as to the truth of the allegations contained in said

24   Paragraph, and on that basis denies each and every allegation contained therein.

25   54.    In answer to Paragraph 38 of PLAINTIFF's Complaint, P&F denies violating the

26   RFDCPA. As to the other allegations contained in said Paragraph, P&F is without sufficient

27   knowledge or information to form a belief as to the truth of the allegations contained in said

28   Paragraph, and on that basis denies each and every allegation contained therein.

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

8

1   55.    In answer to Paragraph 39 of PLAINTIFF's Complaint, P&F is without sufficient

2   knowledge or information to form a belief as to the truth of the allegations contained in said

3   Paragraph, and on that basis denies each and every allegation contained therein

4   **AFFIRMATIVE DEFENSES**

5   On information and belief, DEFENDANTS further allege that the claims that

6   PLAINTIFF has set forth in the Complaint are barred from recovery by one, or more, of the

7   following Affirmative Defenses:

8   ## First Affirmative Defense

9   **(FAILURE TO STATE FACTS)**

10   As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

11   contained therein, these answering DEFENDANTS are informed and believe and thereon

12   affirmatively allege that the Complaint, and each and every purported Cause of Action therein,

13   fails to state a Cause of Action against DEFENDANTS.

14   ## Second Affirmative Defense

15   **(THE DISPUTE DOES NOT HAVE TO BE IN WRITING)**

16   As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

17   contained therein, these answering DEFENDANTS are informed and believe and thereon

18   affirmatively allege that pursuant to the 9th Circuit ruling in the case of *Camacho v. Bridgeport*

19   *Financial, Inc.* 430 F.3d 1078 (9th Cir. 2005) that the initial demand letter does not have to state

20   the dispute as to the validity of the debt or the request for the original creditor must be in writing.

21   ## Third Affirmative Defense

22   **(FAILURE TO MITIGATE)**

23   As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

24   contained therein, these answering DEFENDANTS are informed and believe and thereon

25   affirmatively allege that as to each alleged Cause of Action, PLAINTIFF, or any other party, has

26   failed, refused and/or neglected to take reasonable steps to mitigate their alleged damages, if any,

27   thus barring or diminishing PLAINTIFF's recovery herein.

28   / / /

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

9

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

1

## Fourth Affirmative Defense

2

### (UNCLEAN HANDS)

3  As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

4 contained therein, these answering DEFENDANTS are informed and believe and thereon

5 affirmatively allege that by virtue of PLAINTIFF's wrongful conduct, PLAINTIFF should be

6 barred from recovery against the DEFENDANTS by the equitable Doctrine of Unclean Hands.

7

## Fifth Affirmative Defense

8

### (UNCERTAIN)

9  As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

10 contained therein, these answering DEFENDANTS are informed and believe and thereon

11 affirmatively allege that the Complaint, and each and every Cause of Action stated therein, is and

12 are vague, uncertain, ambiguous, and unintelligible.

13

## Sixth Affirmative Defense

14

### (NOT LIABLE FOR ACTS OF CO-DEFENDANTS)

15  As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

16 contained therein, these answering DEFENDANTS are informed and believe and thereon

17 affirmatively allege that they are not legally responsible for the acts and/or omissions of any

18 named, or un-named, Co-DEFENDANTS.

19

## Seventh Affirmative Defense

20

### (INADEQUATE NOTICE)

21  As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

22 contained therein, these answering DEFENDANTS are informed and believe and thereon

23 affirmatively allege that the PLAINTIFF has failed to give proper and adequate notice of any

24 alleged claims which are the subject of this action, and to further allow these answering

25 DEFENDANTS sufficient and reasonable opportunity to cure such alleged claims, or make

26 necessary changes, if indeed such changes were needed.

27 / / /

28 / / /

10

---

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

1    **Eighth Affirmative Defense**

2    **(FRIVOLOUS SUIT)**

3       As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

4    contained therein, these answering DEFENDANTS are informed and believe and thereon

5    affirmatively allege that the Complaint, and each purported Cause of Action contained therein,

6    were brought without a reasonable cause and without a good faith belief that there was a

7    justiciable controversy under the facts and the law to warrant the filing of said Complaint against

8    these answering DEFENDANTS.  Therefore, PLAINTIFF is for all necessary and reasonable

9    defense, including costs of suit and attorney's fees incurred by this answering DEFENDANTS,

10   as more particularly set forth in such Sections as 15 USC 1692k(a)(3) and Rule 11.

11   **Ninth Affirmative Defense**

12   **(REASONABLE CARE)**

13      As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

14   contained therein, these answering DEFENDANTS are informed and believe and thereon

15   affirmatively allege that it exercised reasonable care at all times and in all matters relevant to this

16   action.  To the extent, if any, that these answering DEFENDANTS are found not to have

17   exercised reasonable care, even if they had exercised reasonable care, they would not have

18   known of any act or omission alleged to give rise to liability in this action.

19   **Tenth Affirmative Defense**

20   **(SEVERABILITY)**

21      As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

22   contained therein, these answering DEFENDANTS are informed and believe and thereon

23   affirmatively allege that, pursuant to California Civil Code Sections 1431.1 through 1431.5,

24   PLAINTIFF is barred and precluded from recovery against these answering DEFENDANTS for

25   any non-economic damages, except those allocated to these answering DEFENDANTS in direct

26   proportion to each DEFENDANTS' respective percentage of fault, if any.

27   / / /

28   / / /

ANSWER OF PATENAUDE & FELIX, A.P.C. AND RAYMOND A.     Case #:  C 07-04403 HRL
PATENAUDE TO COMPLAINT LENORA GERALDINE ARAGON
L:\Attorney's\Matt\ARAGON - FDCPA Answer.wpd

## Eleventh Affirmative Defense

### (UNINTENTIONAL)

As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action contained therein, these answering DEFENDANTS are informed and believe and thereon affirmatively allege that any violations, which DEFENDANTS deny occurred, were not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error. (15 USC 1692k(c).)

## Twelfth Affirmative Defense

### (OFF-SET)

As a separate Affirmative Defense to PLAINTIFF'S complaint, and all Causes of Action contained therein, these answering DEFENDANTS are informed and believe and thereon affirmatively allege that the DEFENDANTS have suffered damage by reason of PLAINTIFF's Conduct and DEFENDANTS have the right of set-off of any amount of money allegedly owed to PLAINTIFF due by way of the Complaint.

## Thirteenth Affirmative Defense

### (PRIVILEGE/JUSTIFICATION)

As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action contained therein, these answering DEFENDANTS are informed and believe and thereon affirmatively allege that any actionable conduct by the DEFENDANTS, which DEFENDANTS deny occurred, was Privileged and/or justified.

## Fourteenth Affirmative Defense

### (FIRST AMENDMENT)

As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action contained therein, these answering DEFENDANTS are informed and believe and thereon affirmatively allege that DEFENDANTS' alleged conduct and communications in attempting to collect a debt constitutes valid commercial speech, and is part and parcel of DEFENDANTS' right to petition, and is therefore entitled to protection under the First Amendment of the Constitution of the United States.

12

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

1    PLAINTIFF's proposed interpretations of the provisions of the Fair Debt Collection

2  Practices Act (FDCPA) and the Rosenthal Fair Debt Collection Practices Act (RFDCPA) must

3  be rejected as they would place an unreasonable restraint upon valid commercial speech and

4  upon DEFENDANTS' right to petition, thereby raising serious constitutional issues.

## Fifteenth Affirmative Defense

### (NO MALICE FRAUD OR OPPRESSION)

7    As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

8  contained therein, these answering DEFENDANTS are informed and believe and thereon

9  affirmatively allege that any acts, statements or communications made by DEFENDANTS

10  concerning PLAINTIFF were made without malice, fraud or oppression.

## Sixteenth Affirmative Defense

### (EQUITABLE INDEMNITY)

13    As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

14  contained therein, these answering DEFENDANTS are informed and believe and thereon

15  affirmatively allege that to the extent that PLAINTIFF has suffered any damage as a result of any

16  alleged act or omission of DEFENDANTS, which DEFENDANTS deny, DEFENDANTS are

17  entitled to equitable indemnity according to comparative fault from other persons and/or entities

18  causing or contributing to such damages, if any.

## Seventeenth Affirmative Defense

### (GOOD FAITH)

21    As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

22  contained therein, these answering DEFENDANTS are informed and believe and thereon

23  affirmatively allege that DEFENDANTS have, at all material times with respect to PLAINTIFF,

24  acted in good faith in an effort to comply fully with all relevant federal and state laws.

25  / / /

26  / / /

27  / / /

28  / / /

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

13

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

1

2

## **Eighteenth Affirmative Defense**

### **(NO WILLFUL CONDUCT)**

3     As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

4  contained therein, these answering DEFENDANTS are informed and believe and thereon

5  affirmatively allege that DEFENDANTS acted in good faith at all times in its dealings with

6  PLAINTIFF, and if any conduct by DEFENDANTS are found to be unlawful, which

7  DEFENDANTS expressly deny, such conduct was not willful and should not give rise to

8  liability.

9

## **Nineteenth Affirmative Defense**

### **(UNKNOWN AFFIRMATIVE DEFENSES)**

10

11     As a separate Affirmative Defense to PLAINTIFF's Complaint, and all Causes of Action

12  contained therein, these answering DEFENDANTS are informed and believe and thereon

13  affirmatively allege that presently they have insufficient knowledge or information to form a

14  belief as to whether they have additional, and as yet unstated, Affirmative Defenses available to

15  them.

16     These answering DEFENDANTS, therefore, reserve the right to request leave of the

17  Court to assert additional Affirmative Defenses in the event Discovery or investigation indicates

18  such would be appropriate.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

14

---

ANSWER OF PATENAUDE & FELIX, A.P.C. AND RAYMOND A.          Case #:  C 07-04403 HRL
PATENAUDE TO COMPLAINT LENORA GERALDINE ARAGON
L:\Attorney's\Matt\ARAGON - FDCPA Answer.wpd

1    **WHEREFORE**, DEFENDANTS pray for Judgment against the PLAINTIFF as follows:

2    1.    That PLAINTIFF take nothing by reason of the Complaint, and that Judgment be

3    entered in favor of DEFENDANTS; and

4    2.    That DEFENDANTS be awarded their costs of suit incurred in defense of this

5    action; and

6    3.    That DEFENDANTS be awarded their attorney's fees incurred in defense of this

7    action; and

8    4.    For such other relief as the Court deems just and proper.

9    / / /

10                                              Respectfully submitted:

11                                              **PATENAUDE & FELIX, A.P.C.**

12

13   Dated: September 21, 2007          By: _____

14                                              MATTHEW B. GOLDING, ESQ.
                                               Attorneys for Defendants,
15                                              PATENAUDE & FELIX, A.P.C. and
                                               RAYMOND A. PATENAUDE

16

17

18

19

20

21

22

23

24

25

26

27

28

*PATENAUDE & FELIX, APC*
*ATTORNEYS AT LAW*
*4545 MURPHY CANYON ROAD, 3ᴿᴰ FLOOR*
*SAN DIEGO, CALIFORNIA 92123-4363*
*TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320*

15

ANSWER OF PATENAUDE & FELIX, A.P.C. AND RAYMOND A.                    Case #:  C 07-04403 HRL
PATENAUDE TO COMPLAINT LENORA GERALDINE ARAGON
L:\Attorney's\Matt\ARAGON - FDCPA Answer.wpd

1   **PATENAUDE & FELIX, APC**
    Raymond A. Patenaude, Esq. (#128855)
2   Matthew B. Golding, Esq. (#171123)
    4545 Murphy Canyon Road, 3rd Floor
3   San Diego, California 92123-4363
    (858) 244-7600 Fax (858) 836-0318
4
    Attorneys for Defendants,
5   PATENAUDE & FELIX, A.P.C. and RAYMOND ALCIDE PATENAUDE

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE**

10

11  LENORA GERALDINE ARAGON,              **Case No.: C 07-04403 HRL**

12                          Plaintiff,
                                          **PROOF OF SERVICE**
13  v.

14  PATENAUDE & FELIX, A.P.C. and;
    RAYMOND ALCIDE PATENAUDE
15

16                          Defendants.

17

18                    **DECLARATION OF SERVICE**

19      I, Sarah M. Reddiconto,  declare:

20      I am a citizen of the United States and I am employed in the County of San Diego, State of

21  California;  I am over the age of 18 years and not a party to this action; my business address is 4545

22  Murphy Canyon Road, 3rd Floor, San Diego, California 92123.

23      I further declare that I am readily familiar with the business practice of Patenaude & Felix, APC

24  for service of documents, that documents served by facsimile are transmitted in and the original

25  deposited with the United States Postal Service in our ordinary course of business on the same day, the

26  documents served by mail are deposited with the United States Postal Service in the ordinary course

27  of business the same day and that documents served personally are delivered the same day.

28  ///

                                    1
                            **PROOF OF SERVICE**
C:\Documents and Settings\gloria\Desktop\pos district court.frm

on September 21, 2007, I served the following document(s):

1.)    ANSWER OF PATENAUDE & FELIX, A.P.C. AND RAYMOND ALCIDE PATENAUDE TO COMPLAINT OF LENORA GERALDINE ARAGON

FRED W. SCHWINN, ESQ.
12 SOUTH FIRST STREET, STE 416
SNA JOSE, CA 95113

in the following manner of service (check appropriate):

**XXX        BY U.S. MAIL:**  I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

_____        **BY FACSIMILE:**  I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of PATENAUDE & FELIX APC, San Diego, California.

_____        **BY DHL EXPRESS OR FEDEX:**  I caused such documents to be delivered by DHL Express or Fedex to the offices of the addressee(s).

_____        **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the addressee(s) above.

_____XXX_____ (State)  I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

_____XXX_____ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 18, 2007, at San Diego, California.

_____
Sarah M. Reddiconto

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 ~ FACSIMILE (858) 836-0318

2

C:\Documents and Settings\gloria\Desktop\pos district court.frm