IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA GERALDINE ARAGON,<br><br>        Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>        Defendants. | Case No. C07-04403-HRL<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

   Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

   (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

   (2) Discussed the available dispute resolution options provided by the Court and private entities; and

   (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/3/07

_/s/ Lenora Geraldine Aragon_
Lenora Geraldine Aragon, Plaintiff

Dated: 10-3-07

_/s/ Fred W. Schwinn_
Fred W. Schwinn, Esq.
Attorney for Plaintiff