Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LENORA GERALDINE ARAGON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| LENORA GERALDINE ARAGON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>　　　　　Defendants. | Case No. C-07-04403-JW-HRL<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

**COMES NOW** the Plaintiff, LENORA GERALDINE ARAGON, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 23rd day of October, 2007, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

　　　Matthew B. Golding
　　　Patenaude & Felix, A.P.C.
　　　4545 Murphy Canyon Road, 3rd Floor
　　　San Diego, CA 92123
　　　　　　Attorney for Defendant

Dated: October 23, 2007　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　LENORA GERALDINE ARAGON