**PATENAUDE & FELIX, APC**
Raymond A. Patenaude, Esq. (#128855)
Victor S. Patenaude, Esq. (#216342)
Daniel L. Vinson, Esq. (#214005)
Matthew B. Golding, Esq. (#171123)
Michael R. Boulanger, Esq. (#226294
4545 Murphy Canyon Road, 3rd Floor
San Diego, California 92123-4363
(858) 244-7600 Fax (858) 836-0318

Attorneys for PATENAUDE & FELIX, A.P.C & RAYMOND ALCIDE PATENAUDE.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| LENORA GERALDINE ARAGON,<br><br>Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A.P.C., a professional corporation; and RAYMOND ALCIDE PATENAUDE, an individual<br><br>Defendant(s). | Case No.: C 07-04403 JW-HRL<br><br>**PROOF OF SERVICE** |

**DECLARATION OF SERVICE**

I, Sarah Reddiconto, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 4545 Murphy Canyon Road, 3rd Floor, San Diego, California 92123.

I further declare that I am readily familiar with the business practice of Patenaude & Felix, APC for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally are delivered the same day.

///

on November 15, 2007, I served the following document(s):

1

**PROOF OF SERVICE**

H:\ARAGON POS USDC.frm

1.)     DEFENDANT'S INITIAL DISCLOSURES [FRCP RULE 26(a)(1) *et sec.*]

FRED W. SCHWINN
CONSUMER LAW CENTER, INC
12 SOUTH FIRST ST, SUITE 1014
SAN JOSE, CA 95113-2403

in the following manner of service (check appropriate):

__XXX__    **BY U.S. MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

_____    **BY FACSIMILE:** I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of PATENAUDE & FELIX APC, San Diego, California.

_____    **BY DHL EXPRESS:** I caused such documents to be delivered by DHL Express to the offices of the addressee(s).

_____    **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s) above.

_____    (State) I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

__XXX____   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 15, 2007, at San Diego, California.

Sarah M. Reddiconto

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 - FACSIMILE (858) 836-0318

2
**PROOF OF SERVICE**

H:\ARAGON POS USDC.frm