**PATENAUDE & FELIX, A.P.C.**
Raymond A. Patenaude, Esq. (SBN 128855)
Matthew B. Golding, Esq. (SBN 171123)
4545 Murphy Canyon Road, 3rd Floor
San Diego, California 92123
(858) 244-7600  Fax (858) 836-0318
mattg@pandf.us
rayp@pandf.us

Attorneys for Defendants,
PATENAUDE & FELIX, A.P.C. and RAYMOND ALCIDE PATENAUDE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| LENORA GERALDINE ARAGON, | CASE NO.:   C 07-04403 JW-HRL |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| PATENAUDE & FELIX, A.P.C. and; RAYMOND ALCIDE PATENAUDE | |
| Defendants. | |

TO THE COURT, PARTIES, AND ALL INTERESTED PERSONS:

PLEASE TAKE NOTICE that Raymond A. Patenaude, California State Bar # 128855, a member in good stating of the United States Federal Court for the Northern District of California, will now be the handing attorney in his matter.  The current handling attorney, Matthew B. Golding, is leaving the employ of Patenaude & Felix, A.P.C., the law firm representing the Defendants, and will no longer be associated with this case.

/ / /

Dated: December 19, 2007                    /s/ Matthew B. Golding
                                            MATTHEW B. GOLDING, ESQ.

Dated: December 19, 2007                    /s/ Raymond A. Patenaude
                                            RAYMOND A. PATENAUDE, ESQ.