United States District Court<br>Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Aragon,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Patenaude & Felix,<br><br>                Defendant(s). | 07-04403 JW MED<br><br>**Notice of Appointment of Co-Mediators** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Co-Mediators assigned to this case are:

> **Daniel Bowling**
> US District Court - ADR Unit
> 450 Golden Gate Ave., 16th Fl.
> San Francisco, CA 94102
> 415-522-2022
> Daniel_Bowling@cand.uscourts.gov
>
> **Walter James Davenport**
> Chambers of Magistrate Judge Maria-Elena James
> 450 Golden Gate Ave.
> San Francisco, CA 94102
> 415-522-4707

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediators will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

---

**Notice of Appointment of Mediator**
07-04403 JW MED                              - 1 -

1 The court permits the mediators to charge each party its pro rata share of the cost of the
2 phone conference.
3     Counsel are reminded that the written mediation statements required by the ADR
4 L.R. 6-7 shall NOT be filed with the court.

Dated: January 8, 2008

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04403 JW MED                    - 2 -