Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LENORA GERALDINE ARAGON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| LENORA GERALDINE ARAGON,<br><br>                    Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>                    Defendants. | Case No.  C07-04403-JW-HRL<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**NOTICE IS HEREBY GIVEN TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD** that Plaintiff's counsel, FRED W. SCHWINN, is unavailable on the following dates:

March 30, 2008, through April 19, 2008, inclusive.

Counsel will be unavailable for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to ex-parte applications, appearing in court or attending depositions.

                                                                                CONSUMER LAW CENTER, INC.

Dated: March 4, 2008                          By: /s/ Fred W. Schwinn
                                                                                Fred W. Schwinn, Esq.
                                                                                Attorney for Plaintiff
                                                                                LENORA GERALDINE ARAGON