1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   LENORA GERALDINE ARAGON

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10  LENORA GERALDINE ARAGON,            Case No. C07-04403-JW-HRL

11                 Plaintiff,

12  v.                                  **STIPULATION OF DISMISSAL**
                                        **WITH PREJUDICE AND**
13  PATENAUDE & FELIX, A                **[PROPOSED] ORDER**
    PROFESSIONAL CORPORATION, a
14  California corporation, and RAYMOND  Fed. R. Civ. P. 41(a)(1)
    ALCIDE PATENAUDE, individually and in
15  his official capacity,

16                 Defendants.

17

18         Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LENORA GERALDINE ARAGON, and

19  Defendants, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and RAYMOND

20  ALCIDE PATENAUDE, stipulate, and the Court hereby orders, as follows:

21         1.    The dispute between the parties has been settled, therefore, the claims asserted

22  by Plaintiff, LENORA GERALDINE ARAGON, against Defendants, PATENAUDE & FELIX, A

23  PROFESSIONAL CORPORATION, and RAYMOND ALCIDE PATENAUDE, in the above-

24  captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

25  / / /

26  / / /

27  / / /

28  / / /

-2-

| | | |
|---|---|---|
| 1 | Dated: March 28, 2008 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>LENORA GERALDINE ARAGON |
| 4 | Dated: March 28, 2008 | /s/ Raymond A. Patenaude |
| 5 | | Raymond A. Patenaude<br>Attorney for Defendants<br>PATENAUDE & FELIX, A<br>PROFESSIONAL CORPORATION,<br>and RAYMOND ALCIDE<br>PATENAUDE |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____

The Honorable James Ware
Judge of the District Court

STIPULATION OF DISMISSAL WITH PREJUDICE        Case No. C07-04403-JW-HRL