Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LENORA GERALDINE ARAGON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| LENORA GERALDINE ARAGON,<br><br>Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation, and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-04403-JW-HRL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LENORA GERALDINE ARAGON, and Defendants, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and RAYMOND ALCIDE PATENAUDE, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, LENORA GERALDINE ARAGON, against Defendants, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and RAYMOND ALCIDE PATENAUDE, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

-2-

Dated: March 28, 2008

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
LENORA GERALDINE ARAGON

Dated: March 28, 2008

/s/ Raymond A. Patenaude
Raymond A. Patenaude
Attorney for Defendants
PATENAUDE & FELIX, A
PROFESSIONAL CORPORATION,
and RAYMOND ALCIDE
PATENAUDE

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.
The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 31, 2008

The Honorable James Ware
Judge of the District Court